UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHEDRICK LEE,
        Petitioner,

v.                                          Case Number: 07-CV-14392
                                            Honorable Patrick J. Duggan

CARMEN PALMER,
        Respondent.
_____/

**JUDGMENT**

At a session of said Court, held in the U.S.
District Courthouse, Eastern District
of Michigan on June 3, 2010.

PRESENT: THE HONORABLE PATRICK J. DUGGAN
U.S. DISTRICT COURT JUDGE

Petitioner Shedrick Lee ("Petitioner") has filed a pro se petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. For the reasons set forth in an Opinion and Order issued this date,

**IT IS ORDERED, ADJUDGED, AND DECREED**, the Petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE.**

                                      s/PATRICK J. DUGGAN
                                      UNITED STATES DISTRICT JUDGE

Copies To:
Shedrick Lee, #372540
Michigan Reformatory Correctional Facility
1342 West Main Street
Ionia, MI 48846

John S. Pallas, Esq.